
U.S. Customs and
Border Protection

February 10, 2017

United States Customs and Border Protection Detection Canine Team Certification

On February 10, 2017 CBPO Adriel Castillo and Canine Honzo/140031 participated in the U.S. Customs and Border Protection Canine Team Certification.

This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of narcotics. This certification is administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team.

The team of Adriel Castillo and Canine Honzo successfully completed the U.S. Customs and Border Protection Field Certification on February 10, 2017 and effective this date are certified in the detection of concealed humans and the odors of Marijuana and it's derivatives, Hashish and it's derivatives, Cocaine and it's derivatives, Heroin and it's derivatives, Methamphetamine and it's derivatives and Ecstasy and it's derivatives.

This certification is valid for a period of one year from the date of issuance

Melvin Figueroa
SCBPO/Canine Instructor
San Juan Field Operations