# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 9:44 AM
Ended: 12:25 PM
Started: 2:11 PM
Ended: 5:28 PM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona　　　　　　　DATE: June 11th, 2019

COURT REPORTER: Evilys Carrion　　　　　　　　　　　　**CASE #: 17-CR-313 (GAG)**

CSO: Anibal Colon

COURT INTERPRETER: Ani Navarro/ Sylvia Zetterstrand

---

　　　　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS:**

United States of America　　　　　　　　　　　　　　AUSA David Henek
　　　　　　　　　　　　　　　　　　　　　　　　　　AUSA Jose Ruiz

VS.

[1] Juan Batista Johnson-Debel;　　　　　　　　　　　Miguel Oppenheimer, Esq.
[2] Noel De Leon-De la Rosa.　　　　　　　　　　　　Fernando Zambrana, Esq.

---

**CASE CALLED FOR JURY TRIAL (First day):**

　　The defendants were present, under custody and assisted by the court interpreter.

　　General preliminary instructions were given to the jury.

　　Opening statement heard by AUSA Henek on behalf of the government. The defense reserved the right to deliver opening statements at this time.

　　Outside the presence of the jury, suppression motion filed by defendant #1 at docket entry 26 was renewed. Testimonies of Francisco Calderon, HSI SA and defendant #1 Juan Batista Johnson-Debel heard. Motion to suppress is Denied. Atty. Zambrana renewed his motion to sever defendant #2 Noel De Leon-De la Rosa. Motion for severance is Denied.

　　The following testimony was presented by the government:
- Francisco Calderon, HSI Special Agent. Direct Examination by AUSA Henek.

1

- Cross Examination by Atty. Oppenheimer.
- Francisco Gonzalez, CBP Officer. Direct Examination by AUSA Henek.

The jury was excused at 5:19 PM.

*Further Jury Trial set for 6/12/2019 at 9:00AM in Old San Juan Courtroom before Hon. Gustavo A. Gelpi.*

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerks

**Exhibits:**
- Government's: 1,2,3,3-A,4,4-A,5,5-A,6,7,7-A-7-C,8,9,10,11,11-A-11-E,12,13,14,15,15-A-15-C,16,16A-16-C admitted.

**Jury Notes:**
- 1-3 received.

*The Court instructed the Court Security Officer (CSO) to provide the jury with morning and afternoon snacks, as well as **lunch throughout the duration of trial**. In addition, the Court will authorize lodging in the San Juan area during proceedings, if requested, for those jurors who live at least 90 miles from the courthouse.