United States District Court
Exhibits Log for: Cr.17-313GAG
USA v Johnson-Debel et al, 6/11/2019

| Exhibit | Rls | Identified | Admitted | Description |
|---|---|---|---|---|
| Gov-1 | Yes | 6/11/2019 5:15 PM | 6/11/2019 5:15 PM | Photo of defendant #2 |
| Gov-2 | Yes | 6/11/2019 5:15 PM | 6/11/2019 5:15 PM | Photo of defendant #1 |
| Gov-3 | Yes | 6/11/2019 5:16 PM | 6/11/2019 5:16 PM | Statement of rights defendant #1 |
| Gov-3-A | Yes | 6/11/2019 5:16 PM | 6/11/2019 5:16 PM | English translation of exhibit 3 |
| Gov-4 | Yes | 6/11/2019 5:16 PM | 6/11/2019 5:16 PM | Agent notes as to defendant #1 |
| Gov-4-A | Yes | 6/11/2019 5:17 PM | 6/11/2019 5:17 PM | English translations of exhibit 4 |
| Gov-5 | Yes | 6/11/2019 5:18 PM | 6/11/2019 5:18 PM | Playa Las Canas map |
| Gov-5-A | Yes | 6/11/2019 5:21 PM | 6/11/2019 5:21 PM | Close up Playa Las Canas |
| Gov-6 | Yes | 6/11/2019 5:23 PM | 6/11/2019 5:23 PM | Picture of phone |
| Gov-7 | Yes | 6/11/2019 5:23 PM | 6/11/2019 5:23 PM | Map |
| Gov-7-A | Yes | 6/11/2019 5:24 PM | 6/11/2019 5:24 PM | NOAA charts |
| Gov-7-B | Yes | 6/11/2019 10:51 AM | 6/11/2019 10:51 AM | Map with markings |
| Gov-7-C | Yes | 6/11/2019 10:51 AM | 6/11/2019 10:51 AM | Map with markings |
| Gov-8 | Yes | 6/11/2019 5:25 PM | 6/11/2019 5:25 PM | Photo of CBP plane |
| Gov-9 | Yes | 6/11/2019 5:25 PM | 6/11/2019 5:25 PM | Video |
| Gov-10 | Yes | 6/11/2019 5:25 PM | 6/11/2019 5:25 PM | Map with initial detection |
| Gov-11 | Yes | 6/11/2019 5:26 PM | 6/11/2019 5:26 PM | Surveilance video |
| Gov-11-A | Yes | 6/11/2019 10:57 AM | 6/11/2019 10:57 AM | Video still with markings |
| Gov-11-B | Yes | 6/11/2019 11:01 AM | 6/11/2019 11:01 AM | Video still with markings |
| Gov-11-C | Yes | 6/11/2019 11:01 AM | 6/11/2019 11:01 AM | Video still with markings |
| Gov-11-D | Yes | 6/11/2019 11:01 AM | 6/11/2019 11:01 AM | Video still with markings |
| Gov-11-E | Yes | 6/11/2019 11:02 AM | 6/11/2019 11:02 AM | Video still with markings |
| Gov-12 | Yes | 6/11/2019 5:26 PM | 6/11/2019 5:26 PM | Surveillance video |
| Gov-13 | Yes | 6/11/2019 5:27 PM | 6/11/2019 5:27 PM | Surveillance video |
| Gov-14 | Yes | 6/11/2019 10:18 AM | 6/11/2019 10:18 AM | Patrol map 4/20/2017 |
| Gov-15 | Yes | 6/11/2019 | 6/11/2019 | Surveillance video |

| | | | | |
|---|---|---|---|---|
| | | 10:44 AM | 10:44 AM | |
| Gov-15-A | Yes | 6/11/2019 11:04 AM | 6/11/2019 11:04 AM | Video still with markings |
| Gov-15-B | Yes | 6/11/2019 11:04 AM | 6/11/2019 11:04 AM | Video still with markings |
| Gov-15-C | Yes | 6/11/2019 11:05 AM | 6/11/2019 11:05 AM | Video still with markings |
| Gov-16 | Yes | 6/11/2019 10:45 AM | 6/11/2019 10:45 AM | Map Dominican Republic and Puerto Rico |
| Gov-16-A | Yes | 6/11/2019 10:46 AM | 6/11/2019 10:46 AM | Map of Puerto Rico showing interception point |
| Gov-16-B | Yes | 6/11/2019 10:46 AM | 6/11/2019 10:46 AM | Map- Loiza |
| Gov-16-C | Yes | 6/11/2019 11:06 AM | 6/11/2019 11:06 AM | Map - Loiza with markings |
| Gov-17 | Yes | 6/12/2019 11:54 AM | 6/12/2019 11:54 AM | Photos of seized boat |
| Gov-17-A | Yes | 6/13/2019 11:59 AM | 6/13/2019 11:59 AM | Photo of boat with markings |
| Gov-17-B | Yes | 6/13/2019 11:59 AM | 6/13/2019 11:59 AM | Photo of boat with markings |
| Gov-18 | Yes | 6/13/2019 12:52 PM | 6/13/2019 12:52 PM | Chain of custody receipts |
| Gov-18-A | Yes | 6/13/2019 11:56 AM | 6/13/2019 11:56 AM | Items recovered from boat |
| Gov-19 | Yes | 6/13/2019 11:56 AM | 6/13/2019 11:56 AM | Photo of dog |
| Gov-19-A | Yes | 6/13/2019 11:56 AM | 6/13/2019 11:56 AM | Photo of dog |
| Gov-20 | Yes | 6/13/2019 11:57 AM | 6/13/2019 11:57 AM | Canine certification letter |
| Gov-21 | Yes | 6/13/2019 12:00 PM | 6/13/2019 12:00 PM | Extraction report |
| Gov-21-A | Yes | 6/13/2019 12:01 PM | 6/13/2019 12:01 PM | English translations of Exhibit 21 |
| Gov-23 | Yes | 6/13/2019 12:07 PM | 6/13/2019 12:07 PM | Samsung account |
| Gov-23-A | Yes | 6/13/2019 1:01 PM | 6/13/2019 1:01 PM | English translation of Exhibit 23 |
| Gov-23-B | Yes | 6/13/2019 1:04 PM | 6/13/2019 1:04 PM | Cell phone extraction |
| Gov-23-C | Yes | 6/13/2019 12:15 PM | 6/13/2019 12:15 PM | Certified translation of Exhibit 23-B |
| Gov-24 | Yes | 6/13/2019 12:07 PM | 6/13/2019 12:07 PM | Samsung Id |
| Gov-24-A | Yes | 6/13/2019 12:08 PM | 6/13/2019 12:08 PM | De Leon Passport |
| Gov-24-B | Yes | 6/13/2019 12:08 PM | 6/13/2019 12:08 PM | License |
| Gov-25 | Yes | 6/14/2019 12:20 PM | 6/14/2019 12:20 PM | Extraction summary |
| Gov-25-A | Yes | 6/14/2019 12:21 PM | 6/14/2019 12:21 PM | English translation of Exhibit 25 |
| Defen-1 | Yes | 6/13/2019 1:08 PM | 6/13/2019 1:08 PM | Cell phone extraction |
| Defen-1-A | Yes | 6/17/2019 12:26 PM | 6/17/2019 12:26 PM | English translations of Exhibit 1 |

| Defen-2 | Yes | 6/14/2019 1:09 PM | 6/14/2019 1:09 PM | Ion Scan Certification |
| --- | --- | --- | --- | --- |
| Defen-3 | Yes | 6/14/2019 1:10 PM | 6/14/2019 1:10 PM | Ion scan report |
| Defen-4 | Yes | 6/14/2019 12:23 PM | 6/14/2019 12:23 PM | Ion Scan photo |