# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] JUAN BATISTA JOHNSON-DEBEL,<br>[2] NOEL DE LEON-DE LA CRUZ,<br>Defendants. | CRIMINAL NO. 17-313 (RAM) |

## UNITED STATES' MOTION TO DISMISS COUNTS FIVE AND SIX

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

After jury trial was held in this case, the United States Court of Appeals for the First Circuit reversed both defendants' convictions for Counts Five and Six and ordered the case to be re-tried. The United States, in the interests of justice, hereby moves this Honorable Court to dismiss both counts against both defendants, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 24th day of March, 2022.

W. STEPHEN MULDROW
United States Attorney


s/José A. Ruiz-Santiago
José A. Ruiz-Santiago
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/José A. Ruiz-Santiago
José A. Ruiz-Santiago
Assistant U.S. Attorney