IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>        v.<br><br>Juan Batista Johnson-Debel (1)<br>Noel De Leon-De la Rosa (2)<br><br>    Defendants | CRIMINAL NO. 17-313 (RAM) |

**JUDGMENT OF DISMISSAL**

This matter comes before the Court upon the Government's *Motion to Dismiss Counts Five and Six* (Docket No. 320) which is **GRANTED**. Defendants Juan Batista Johnson-Debel (1) and Noel De Leon-De la Rosa (2) have been charged with the following offenses: Count 5 - 46:70503(a)(2),70504(b)(1), AND 70506(a) and (b) MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS; and Count 6 – 46:70503(a)(2),70504(b)(1), AND 70506(a) and 18:2 A/A MANUFACTURE, DISTRIBUTION OR POSSESSION OF CONTROLLED SUBSTANCE ON VESSELS.

It is hereby **ORDERED** and **ADJUDGED** that the indictment against these defendants be **DISMISSED without prejudice.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of March 2022.

                                s/Raúl M. Arias-Marxuach
                                RAÚL M. ARIAS-MARXUACH
                                UNITED STATES DISTRICT JUDGE